Dear Mr. Christopher Prince,                                3-3-15

I'm sending you my copy of the inmate Request for withdrawl to show you that I sent you Twenty Five Dollars for the finders fee for locating my Records. I have Not received a notice from your office yet to whether or not you received this twenty five dollars. This pretains to Court of Appeals Number: 01-98-00506-CR Trial Court Case Number: 779737. Please let me know the number of pages of the following: Sentenceing part of my conviction And statement of facts. Warden II Christopher G. Carter is responsible for the clearence/okeng of this withdrawl. This is A violation of my Access to Courts. Please take the necessary Action to get this withdrawl approved. Thank You For Your Generous Help In This matter. May God Bless You.

Sincerely,
s/ Robert mitchell Alexander
Robert mitchell Alexander
TDCJ-CID# 830440
mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705-763560

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**INMATE TRUST FUND**

DATE `0` `2` `0` `3` `1` `5`

PLEASE USE A BUSINESS SIZE ENVELOPE

**DO NOT FOLD, STAPLE OR TAPE**

**Use Black or Dark Blue Ink.**

# INMATE REQUEST FOR WITHDRAWL

[ ] Transfer within TF

[X] Outside Purchase

[ ] Other_____

Unit `S T`

Inmate Signature_____

Unit Review_____

Print CAPITAL letters and numbers block style inside square without touching sides.

TDCJ NUMBER

`0 0 8 3 0 4 4 0`

`1` `5` `8` `9` `A` `B` `C` `D`

Approving Officer Signature

INMATE LAST NAME

Alexander

FIRST NAME

Robert

M

DOLLARS — CENTS

`, 25 . 00`

WRITTEN AMOUNT Twenty Five Dollars NO/100—

PAY TO THE ORDER OF

Right Thumb Print

Christopher A. Pride

PAYEE'S ADDRESS: Court of Appeals 1st District    STREET 301 Fannin St.    APT. NO.    CITY Houston,    STATE TX    ZIP 77002-2066

I-0025 (REV 1/12)

Robert Mitchell Alexander
TDCJ-CID# 830440
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS 77002, 763560

MAR - 0 2015

CHRISTOPHER A. PRINE
CLERK



NORTH HOUSTON TX 773
04 MAR 2015 PM 5 L

FOREVER
USA

Bank Swallow

Attn: Christopher Prine
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



7700220699